JPML FORM 1A                          DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 338 __ -- IN RE AIRPORT CAR RENTAL ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 1/23/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC., EXHIBITS -- Plaintiffs: Budget Rent-A-Car Co. of Florida, Inc.,; Diversified Services, Inc.; Budget Rent-A-Car of New Orleans, Inc.; Wesbau Corp.; Budget Rent-A-Car of Washington, Inc.; Budget Rent-A-Car of Broward,Inc.; Budget Rent-A-Car Distributors, Inc.,; and Budget Rent-A-Car of Maryland, Inc.     (ea) |
| | | ~~TRANSFER~~ SUGGESTED TRANSFEREE DISTRICT: N. D. CALIFORNIA SUGGESTED TRANSFEREE JUDGE:                                    (ea) |
| 2/2/78 | 2 | RESPONSE -- Budget Rent a Car of Washington-Oregon, Inc., et al., w/cert. of svc. (ea) |
| 2/3/78 | | APPEARANCES -- Alan S. Ward, Esq. for Avis Rent a Car System, Inc. James S. Ramsey, Jr., Esq. for Hayes Leasing Co., Inc. Arthur H. Kahn, Esq. for The Hertz Corp. ~~Daniel R. Shulman, Esq. for National Car Rental System, Inc.~~ James J. Kenny, Esq. for Budget Rent A Car Co. of Florida, Inc., et al. Joseph M. Alioto, Esq. for Dollar Rent A Car System, Inc. Robert R. Salman, Esq. for Budget Rent A Car Corp., et al. Jacob K. Stein, Esq. for Byrnic, Inc., d/b/a Budget Rent a Car of Warren, Ohio, et al. Michael D. Donahue, Esq. for Budget Rent a Car of Washington-Oregon, Inc., et al. James V. Hammett, Jr., Esq. for Texas Auto Svc., Inc. (ea) |
| 2/3/78 | | HEARING ORDER - Setting A-1 thru A-6 for hearing - Feb. 24, 1978 in Miami, Florida (ea) |
| 2/6/78 | 3 | MOTION, BRIEF, CERT. OF SERVICE, EXHIBITS A, B -- BUDGET RENT A CAR OF WASHINGTON - OREGON, INC. Suggested Transferee District -- N.D. Calif.    (rew) |
| 2/6/78 | 4 | RESPONSE -- TEXAS AUTO SERVICES, INC. w/cert. of service |
| 2/7/78 | 5 | RESPONSE -- Hayes Leasing Co., - MOTION to remand claims against Hayes Leasing Co., to the W.D. Texas, BRIEF w/cert. of svc.(ea) |
| 2/8/78 | | REQUEST FOR FILING -- Dollar Rent-A-Car System, Inc. w/cert. of svc. `GRANTED (ea) |
| 2/8/78 | 6 | BRIEF IN OPPOSITION TO MOTION FOR TRANSFER -- Dollar Rent-A-Car System,Inc w/cert. of service. (ea) |
| 2/8/78 | | REQUEST FOR FILING -- Hertz,Corp., Avis Rent A Car System, Inc., and National Car Rental System, Inc. w/cert. of svc. GRANTED (ea) |
| 2/8/78 | 7 | MEMORANDUM CONCURRING IN MOTION FOR TRANSFER -- Plaintiff Byrnic, Inc. et al. w/cert. of svc. (ea) |
| 2/8/78 | 8 | JOINT RESPONSE -- Defendants The Hertz Corp., Avis Rent A Car System, Inc., and National Car Rental System, Inc. w/cert. of svc. (ea) |
| 2/22/78 | | WAIVER OF ORAL ARGUMENT -- Texas Auto Services, Inc. for hearing held on February 24, 1978 in Atlanta, Georgia. |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. ___2___

DOCKET NO. _338___ -- In re Airport Car Rental  Antitrust Litigation

| Date | No. Code | |
|------|----------|---|
| 3/28/78 | | CONSENT OF TRANSFEREE COURT -- Assigning litigation to the Honorable Charles B. Renfrew for coordinated or ‡ consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.  (ea) |
| 3/28/78 | | OPINION AND ORDER -- transferring A-1, A-4, A-5 and A-6 to be consolidated with A-2 and A-3 for pretrial proceedings in the D########## N. D. California.  (ea) |
| 3/29/78 | | B-1 DRC Industries, Inc., et al. v. The Hertz Corp., et al., S.D. N.Y., C.A. No. 77 CIV 2524 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified involved judges and counsel (cds) |
| 4/14/78 | | B-1 DRC Industries, Inc., et al. v. The Hertz Corp., et al., S.D. N.Y. C.A. No. 77 CIV 2524 |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- Notified involved judges and clerks (cds) |
| 5/8/78 | | APPEARANCE-- John N. Hauser, Esq. for Avis Rent A Car System, Inc. (emh) |
| 6/27/78 | | B-2 Dollar Rent A Car Systems, Inc., et al. v. The Hertz Corporation, et al., D. Hawaii, C.A. No. 78-0197 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified involved judges and counsel (cds) |
| 7/10/78 | | NOTICE OF OPPOSITION (B-2) Dollar Rent A Car Systems, Inc., et al. v. The Hertz Corporation, et al., D. Hawaii, C.A. No. 78-0197 -- Plaintiff Budget Rent A Car/ w/cert serv. (cds) |
| X/XXXXXXXXXXX | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX w/BRIEF IN XXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXTRANSFER ORDERXXXXX |
| 7/24/78 | 9 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Plaintiffs Budget Rent A Car, et al.; Dollar Rent A Car Systems, Inc.; Budget Rent A Car of Florida, Inc., et al.; Byrnic, Inc., et al.; Budget Rent A Car of Washington-Oregon, Inc., et al.; Texas Auto Services, Inc. and DRC Industries, Inc., et al. -- W/BRIEF IN SUPPORT OF MOTION and w/cert. of service. (cds) |
| 8/7/78 | 10 | RESPONSE (TO PLEADING #9) -- Plaintiffs in Dollar Rent A Car Systems, Inc., et al. (C.A. No. 78-0197 -- w/cert. of service (cds) |
| 8/8/78 | 11 | RESPONSE/BRIEF -- Defendants The Hertz Corp., Avis Rent A Car System, Inc., and National Car Rental System, Inc. -- w/cert. of service |
| 9/1/78 | | HEARING ORDER -- setting B-2 for hearing in############F#########Chicago,Ill. 9/29/78,  (ea) |
| 9/29/78 | | Filed in Open Court -- Motion filed the District of Hawaii to dismiss Co-Plaintiff. (ea) |

JPML FORM 1A - Continuation

DOCKET NO. 338 -- IN RE AIRPORT CAR RENTAL ANTITRUST LITIGATION

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 11/15/78 | | OPINION AND ORDER -- Transferring (B-2) Pacific Auto Rental Corp., etc. v. The Hertz Corp., et al., D. Hawaii, #C78-0197, under 28 U.S.C. §1407 -- Notified involved clerks, judges and counsel (cds) |
| | | Noted in last paragraph of opinion and order is Judge Roy W. Harper Dissenting. |
| 5/14/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-3 Pacific Auto Rental Corp., etc. v. State of Hawaii, Dept. of Transportation, et al. D. Hawaii, #79-0146 NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 5/30/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. (B-3) Pacific Auto Rental Corp., etc. v. State of Hawaii, Dept. of Transportation, et al.,D. Hawaii, C.A.No. 79-0146. Notified involved clerks and judges. (ea) |
| 6/25/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY. B-4 J.J. Brooksbank Co., Inc., etc. v. The Hertz Corp.,etal.,D.Minn.,C.A.No. 4-79-270. Notified involved counsel and judges. (ea) |
| 7/11/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. B-4 Brooksbank Co., Inc., v. The Hertz Corp., et al., D. Minn., C.A. No. 4-79-270. Notified involved clerks and judges. (ea) |
| 8/10/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY. B-5 Budget Rent A Car of Reno v. The Hertz Corp., et al., C.D.Cal.,C.A.No. Cv-79-02129-RMT. Notified involved counsel and judges. (ea) |
| 8/28/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-5 -- Notified involved judges and clerks (cds) |
| 80/05/07 | | ORDER REASSIGNING LITIGATION to the Hon. Stanley A. Weigel Pursuant to 28 U.S.C. §1407 (ds) |
| 80/08/19 | | ORDER REASSIGNING LITIGATION to the Hon. William W. Schwarzer pursuant to 28 U.S.C. §1407. (emh) |

DOCKET NO. 338 — JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

11/15/78

CAPTION: IN RE AIRPORT CAR RENTAL ANTITRUST LITIGATION

| | Summary of Panel Actions | | | | | | |
|---|---|---|---|---|---|---|---|

Date(s) of Hearing(s) 2/24/78

Consolidation Ordered 3/28/78     Consolidation Denied

Opinion and/or Order 3/28/78  11/15/78

Citation 448 F.Supp. 273  459 F.Supp. 1006

Transferee District N. D. California     Transferee Judge ~~Stanley A. Weigel~~ ~~Charles B. Renfrew~~ William W. Schwarzer

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Budget Rent-A-Car Co. of Florida, Inc. et al. v. The Hertz Corp., et al. | S.D.FL. Atkins | 77-3467-Civ-CA | 3/28/78 | C78-698-CBR | 5/7/84 D | |
| A-2 | Dollar Rent-A-Car Systems, Inc. v. Hertz Corp., et al. | N.D.CA. Renfrew | C-75-2650-CBR | | | 12/3/81 D | |
| A-3 | Budget Rent-A-Car Corp., et al. v. The Hertz Corp., et al. | N.D.CA. Renfrew | C-77-0876-CBR | | | 2/8/79 D | |
| A-4 | Byrnic, Inc., et al. v. The Hertz Corp., et al. | S.D.OH. Porter | C-1-77-594 | 3/28/78 | C78-696-CBR | 5/2/84 D | |
| A-5 | Budget Rent-A-Car of Washington-Oregon, Inc., et al. v. The Hertz Corp., et al. | C.D.CA. Williams | 77-3967-DWW | 3/28/78 | C78-0697-CBR | 5/7/84 D | reopened. |
| A-6 | Texas Auto Services, Inc. v. The Hertz Corp., et al. | W.D.TX. Roberts | A-77-CA-200 | 3/28/78 | C78-699-CBR | 5/7/84 D | |
| B-1 | DRC Industries, Inc., et al. v. The Hertz Corporation, et al. 3/29/78 | S.D.N.Y. Haight | 77 CIV 2524 | 4/14/78 | C78-845-CBR | 5/2/84 D | |
| B-2 | Pacific Auto Rental ~~Dollar Rent A Car Systems, Inc.~~, et al. v. The Hertz Corporation, et al. 6/27/78 | D. Hawaii King | 78-0197 | 11/15/78 | C78-2698 R | 9/18/84 D | |
| XYZ-3 | Trans Rent-A-Car, Inc. v. The Hertz Corp., et al. | N.D.Cal. Renfrew | 79-0285CBR | | | 3/25/84 D | 9/18/84 D |

July 1985 - Docket Closed

DOCKET NO. 338 __ -- In re Airport Car Rental Antitrust Litigation _____ -- P. _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-3 | Pacific Auto Rental Corp., etc. v. State of Hawaii, Dept. of Transportation, et al. *5/14/79* | D. Hawaii King | 79-0146 | 5/30/79 | 79-1276 | pend | |
| | *July 1979 — 9 TR, 3-XX2 1-Dis'd = 9 Pdg.* | | | | | | |
| B-4 | J. J. Brooksbank Co., Inc., etc. v. The Hertz Corp., et al. *6/25/79* | D. Minn. Alsop | 4-79-270 | 7/11/79 | C79-1785 | 5/7/84 D | |
| B-5 | Budget Rent a Car of Reno v. The Hertz Corp., et al. AUG 10 1979 | C.D.CAL. Takasugi | CV79-02129-RMT | 8/27/79 | C79-2622 | 5/7/84 D | |
| | *July 1980 - 9 TR / 3 XX2 / 1 Dis — 11 Pdg* | | | | | | |
| | *July 1981 — Same* | | | | | | |
| | *July 1982 ———— 3 Dis — 9 Pdg* | | | | | | |
| | *July 1983 - 1 reopened - 10 Pdg.* | | | | | | |
| | *July 1984 - 8 Dis / 2 Pdg.* | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 338  --   IN RE AIRPORT CAR RENTAL ANTITRUST LITIGATION

---

AVIS RENT A CAR SYSTEM, INC.
John N. Hauser, Esq.
McCauchen, Doyle Brown & Enersen
Three Embarcadero Center
San Francisco, California  94111

 HAYES LEASING CO., INC.
 James S. Ramsey, Jr., Esq.
 Crutcher, Hull, Ramsey & Jordan
 28th Floor, 2001 Bryan Tower
 Dallas, Texas 75201

 THE HERTZ CORPORATION
 Arthur H. Kahn, Esq.
 Schnader, Harrison, Segal & Lewis
 1719 Packard Building
 Philadelphia, Pennsylvania 19102

 NATIONAL CAR RENTAL SYSTEM, INC.
 Daniel R. Shulman, Esq.
 Gray, Plant, Mooty, Mooty & Bennett
 300 Roanoke Building
 Minneapolis, Minnesota 55402

 BUDGET RENT-A-CAR
 Richard J. Lucas, Esquire
 Orrick, Herrington, Rowley
  & Sutcliffe
 600 Montgomery St.
 13th Floor
 San Francisco, California  94111

BUDGET RENT-A-CAR CO. OF FLORIDA,
INC., ET AL. (A-1)
James J. Kenny, Esq.
Kelly, Black, Black & Kenny, P.A.
1400 Alfred I. duPont Building
Miami, Florida 33131

DOLLAR RENT A CAR SYSTEM, INC. (A-2)
Joseph M. Alioto, Esq.
Alioto & Alioto
111 Sutter Street, Suite 2100
San Francisco, California 94104

BUDGET RENT A CAR CORP., ET AL.(A-3)
Robert R. Salman, Esq.
Phillips, Nizer, Benjamin, Krim
 & Ballon
40 West 57th Street
New York, New York 10019

BYRNIC, INC., d/b/a BUDGET RENT-A-CAR
OF WARREN, OHIO, ET AL. (A-4)
Jacob K. Stein, Esq.
Paxton & Seasongood
1700 Central Trust Tower
Cincinnati, Ohio 45202

BUDGET RENT A CAR OF WASHINGTON-
OREGON, INC., ET AL. (A-5)
Michael D. Donahue, Esq.
10880 Wilshire Boulevard
Suite 1115
Los Angeles, California 90024

TEXAS AUTO SERVICES, INC., (A-6)
James V. Hammett, Jr., esq.
P.O. Box 2286
Austin, Texas 78768

Case MDL No. 338  Document 1  Filed 05/05/15  Page 7 of 9

DRC INDUSTRIES, INC., ET AL. (B-1)
John F. Triggs, Esq.
Glass, Greenberg, Irwin & Pellman
540 Madison Avenue
New York, New York  10022

DOLLAR RENT A CAR SYSTEMS, INC., ET AL. (B-2)
Ronald S. Adelman, Esquire
2102 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813

PACIFIC AUTO RENTAL CORP., ETC. (B-3)
Ronald S. Adelman, Esq.

STATE OF HAWAII, DEPT. OF TRANSPORTATION
DEPT. OF LAND AND NATURAL RESOURCES
SUSUMO ONO
MOSES KEALOHA
STANLEY HONG
ROLAND HIGASHI
THOMAS S. YAGI
TAKEO YAMMOTO
RYOKICHI HIGASHIONNA
Wayne Miniami, Esquire
Attorney General
415 S. Veretania Street
Honolulu, Hawaii  96813

J. J. BROOKSBANK CO., INC. (B-4)
Sidney Barrows, Esquire
Leonard, Street and Deinard
1200 National City Bank Bldg.
510 Marquette Avenue
Minneapolis, Minn.  55402

BUDGET RENT A CAR OF RENO (B-5)
Michael D. Donahue, Esq.
Richard N. Rust
Jonas & Fern
10880 Wilshire Boulevard
Suite 1115
Los Angeles, California  90024

Josef Diamond, Esq.
Lycette, Diamond & Sylvester
4th Floor, Hoge Building
Seattle, Washington  98104

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 338 -- IN RE AIRPORT CAR RENTAL ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Hertz Corp. | A-1, A-2, A-3, A-4, A-5, A-6 B-1 B-2 B-3 B4 B-5 |
| AVIS RENT-A-CAR SYSTEM, INC. | A-1, A-2, A-3, A-4, A-5, A-6 B-1 B-2 B-3 B4 B-5 |
| National Car Rental System, Inc. | A-1, A-2, A-3, A-4, A-5, A-6 B-1 B-2 B-3 B4 B-5 |
| Hayes Leasing Co., Inc. ✓ | A-6 |
| TAYLOR TRANSPORATION CO., LTD. d/b/a/ NATIONAL CAR RENTAL XXXXXMX Same | B-2 B-3 to National per amend |
| BUDGET RENT-A-CAR SYSTEMS, INC. Same | B-2 B-3 to Budget per amend |
| State of Hawaii Dept of Transportation | B-3 |
| Dept. of Land and Natural Resources | B-3 |
| Susumo Ono | B-3 |
| Moses Kealoha | B-3 |
| Stanley Hong | B-3 |

p. _____

| | |
|---|---|
| Roland Higashi | B-3 |
| Thomas S. Yagi | B-3 |
| Takeo Yamamoto | B-3 |
| Ryokichi Higashionna | B-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |